*Friday, March 19, 1999*

## MERIT DOCKET

**99–448.   Shane v. Santos.**
In Habeas Corpus.  This cause originated in this court on the filing of a petition for a writ of habeas corpus and was considered in a manner prescribed by law.  Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MOTION DOCKET

**96–2872.   State v. Raglin.**
Hamilton C.P. No. B96000135.  Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Hamilton County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before courts of this state have been exhausted.

**99–40.   Lincoln v. ANR Advance Transp. Co.**
Montgomery App. No. 16975.  This cause is pending before the court as a discretionary appeal.  On March 10, 1999, appellant filed a Suggestion of Stay of Action Pending Bankruptcy.  Upon consideration thereof,

IT IS ORDERED by the court that proceedings in this case be, and hereby are, stayed pending further order of this court.

IT IS FURTHER ORDERED by the court, *sua sponte*, that appellant shall file a notice with this court upon the termination of the automatic stay under the Bankruptcy Code.

*Tuesday, March 23, 1999*

## MOTION DOCKET

**98–2365.   Duquesne Light Co. v. Tracy.**
Board of Tax Appeals, Nos. 95–K–40, 95–K–71 and 95–K–72.  This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals.  Upon consideration of appellee/cross-appellant's motion to exceed the page limitation on its merit brief,

IT IS ORDERED by the court that the motion to exceed the page limitation be, and hereby is, granted, and appellee/cross-appellant's merit brief is limited to sixty pages.